THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>KIEWIT CORPORATION, a Delaware corporation; KIEWIT INFRASTRUCTURE WEST CO., a Delaware corporation, MANSON CONSTRUCTION CO., a Washington corporation, and GENERAL CONSTRUCTION CO., a Delaware corporation,<br><br>Defendants. | IN LAW AND ADMIRALTY<br><br>Case No. 2:21-cv-00288 RSM<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

## **STIPULATION**

COME NOW the parties to the above-captioned action, through their respective counsel of record, and hereby stipulate to the entry of an Order of Dismissal of All Claims, in their entirety, with prejudice and without costs or fees, for the reason that the named parties have reached final settlement in this matter.

//

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE - Page 1
Case No. 2:21-cv-00288 RSM
{29122-00717762;2}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WA 98106

SO AGREED AND STIPULATED on this 14th day of July, 2021.

| LE GROS BUCHANAN & PAUL | BAUER MOYNIHAN & JOHNSON LLP |
|---|---|
| By: *s/ Eric R. McVittie* <br> *s/ Daniel J. Park* <br> Eric R. McVittie, WSBA # 20538 <br> Daniel J. Park, WSBA # 43748 <br> 4025 Delridge Way SW Suite 500 <br> Seattle, WA 98106 <br> Tel: (206) 623-4990 <br> Fax: (206) 467-4828 <br> Email: emcvittie@legros.com <br> dpark@legros.com <br> Attorneys for Plaintiff Starr Indemnity & Liability Company | By: *s/ Donald K. McLean* <br> Donald K. McLean, WSBA # 24158 <br> 2101 Fourth Avenue, Suite 2400 <br> Seattle, WA 98121 <br> Tel: (206) 443-3400 <br> Fax: (206) 448-9076 <br> Email: dkmclean@bmjlaw.com <br> Attorneys for Defendants Kiewit Corporation, Kiewit Infrastructure West Co., Manson Construction Co., and General Construction Co. |

## **ORDER**

Based on the foregoing Stipulation, the above-captioned cause is hereby dismissed with prejudice, and without costs.

DATED this 14th day of July, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

LE GROS BUCHANAN & PAUL

By: *s/ Eric R. McVittie*
 *s/ Daniel J. Park*
Eric R. McVittie, WSBA # 20538
Daniel J. Park, WSBA # 43748

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE - Page 2
Case No. 2:21-cv-00288 RSM

{29122-00717762;2}

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WA 98106

| | |
|---|---|
| 1 | 4025 Delridge Way SW Suite 500 |
| | Seattle, WA 98106 |
| 2 | Tel: (206) 623-4990 |
| | Fax: (206) 467-4828 |
| 3 | Email: emcvittie@legros.com |
| | dpark@legros.com |
| 4 | Attorneys for Plaintiff Starr Indemnity & Liability Company |
| 5 | BAUER MOYNIHAN & JOHNSON LLP |
| 6 | By: *s/ Donald K. McLean* |
| | Donald K. McLean, WSBA # 24158 |
| 7 | 2101 Fourth Avenue, Suite 2400 |
| | Seattle, WA 98121 |
| 8 | Tel: (206) 443-3400 |
| | Fax: (206) 448-9076 |
| 9 | Email: dkmclean@bmjlaw.com |
| | Attorneys for Defendants Kiewit Corporation, |
| 10 | Kiewit Infrastructure West Co., Manson |
| | Construction Co., and General Construction Co. |

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE - Page 3
Case No. 2:21-cv-00288 RSM

{29122-00717762;2}

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WA 98106

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable Ricardo S. Martinez, and serve it on all associated counsel.

I certify under penalty of perjury under the laws of the United States and State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 14th day of July, 2021.

*s/ Jamie Porter*
Jamie Porter, Legal Assistant
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106
Tel.:     206-623-4990
E-mail:  jporter@legros.com

STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE - Page 4
Case No. 2:21-cv-00288 RSM

{29122-00717762;2}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WA 98106